# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**63**

**CAF 11-01773**

PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, WHALEN, AND MARTOCHE, JJ.

---

IN THE MATTER OF THOR C.
------------------------------------------
CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL                    ORDER
SERVICES, PETITIONER-RESPONDENT;

CAROL C., RESPONDENT-APPELLANT.

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (ELIZABETH deV. MOELLER OF COUNSEL), FOR RESPONDENT-APPELLANT.

STEPHEN J. RILEY, OLEAN, FOR PETITIONER-RESPONDENT.

SCHAVON R. MORGAN, ATTORNEY FOR THE CHILD, MACHIAS, FOR THOR C.

-------------------------------------------------------------------------

Appeal from an order of the Family Court, Cattaraugus County (Larry M. Himelein, J.), entered July 7, 2011 in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, adjudged that respondent had permanently neglected the subject child and transferred guardianship and custody of the child to petitioner.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  February 1, 2013                    Frances E. Cafarell
                                              Clerk of the Court